IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 FEB 26 PM 1:19
km

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT EARL TALBOTT | NO. 3-25CR-079 K |

**INDICTMENT**

The United States Grand Jury charges:

Count One
Stalking
[Violation of 18 U.S.C. §§ 2261A(2)(A) and (B) and 2261(b)]

Beginning in or about January 2024, and continuing through on or about February 12, 2025, in the Northern District of Texas and elsewhere, defendant **Robert Earl Talbott**, with the intent to kill, injure, harass, and intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, namely Victim 1, did use an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including the internet, a cellular network, and a cellular telephone, to engage in a course of conduct that (a) placed Victim 1 in reasonable fear of death and serious bodily injury, and (b) caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

In violation of 18 U.S.C. §§ 2261A(2)(A) and (B) and 2261(b).

Counts Two Through Four
Transmitting a Threatening Communication in Interstate Commerce
[Violation of 18 U.S.C. § 875(c)]

On or about the dates identified below, in the Northern District of Texas and elsewhere, defendant **Robert Earl Talbott** knowingly transmitted in interstate and foreign commerce the telephone communications identified below containing threats to injure the person of another, namely Victim 1, for the purpose of issuing threats, with knowledge that the communications would be viewed as threats, and with conscious disregard of a substantial risk that the communications would be viewed as threats, each communication forming a separate count:

| Count | Date | Threatening Communication |
|---|---|---|
| Two | September 27, 2024 | Text message stating, "paper doesn't stop a bullet [XXXX] and I know where you live," "in case you think I'm bluffing like last time . . . sleep with one eye open," and including the address of Victim 1's residence and workplace. |
| Three | December 21, 2024 | Text message stating, "I've made the proper calls.  Get your affairs on order [XXXX]. This was the last straw. You've got 2 weeks to live due to travel. Make them count!! ;)" |
| Four | December 21, 2024 | Voicemail stating **Talbott** had just crossed state lines and was going to enjoy taking every piece of flesh off of Victim 1's bones and feeding it to her. |

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
MADELEINE S. CASE
Assistant United States Attorney
Texas Bar No. 24125166
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8600
Facsimile:  214-659-8805
Email:  Madeleine.Case@usdoj.gov

_____
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8600
Facsimile:  214-659-8805
Email:  Tiffany.Eggers@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

**ROBERT EARL TALBOTT**

INDICTMENT

18 U.S.C. §§ 2261A(2)(A) and (B) and 2261(b)
Stalking
(Count 1)

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
(Counts 2-4)

4 Counts

A true bill rendered

_____
FOREPERSON

DALLAS
Filed in open court this 26th day of February, 2025.

**Defendant in Federal Custody since 2/12/2025.**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-MJ-88-BT